MURDOCK v. LEEMING et al. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Harvey Murdock, respondent-appellant, against Thomas L. Leeming and another, as executors, etc., of Leonard J. Busby, deceased, appellants-respondents, and others, defendants.

PER CURIAM. So much of the order appealed from as denies discovery and inspection of original letters of plaintiff to the decedent, and of letter press copies of letters from the

decedent to his agents, and to the plaintiff, concerning the property specified in Queens Borough accounts, is reversed, and plaintiff's motion for such discovery and inspection is granted. In all other respects the order is affirmed, without costs to either party.